UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CRUZ,

                Plaintiff,

v.

BROOKLYN TERRACE, LLC, and JOSH TELLER,

                Defendants.

**ORDER**

21 Civ. 3842 (ER)

RAMOS, D.J.

      The Court having been advised that mediation was held in this matter and agreement was reached on all issues, the parties are directed to submit their agreement to the Court for approval by October 25, 2021.

      It is SO ORDERED.

Dated: October 12, 2021
       New York, New York

                                              Edgardo Ramos, U.S.D.J.