# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**MEMO ENDORSED**

October 25, 2021

**Via ECF**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

> Plaintiff's request for an extension of time to November 8, 2021 to file her motion for settlement approval is granted.
>
> It is SO ORDERED. _____
> Edgardo Ramos, U.S.D.J.
> Dated: 10/26/2021
> New York, New York

**Re: Cruz v. Brooklyn Terrace, LLC et al**
**Case No. 21-CV-03842 (ER)(SDA)**
**Motion for Extension of Time**

Dear Judge Ramos:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the October 25, 2021 deadline for Plaintiff to file a motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement language in light of *Cheeks*, etc. No prior request for an extension of this deadline was requested.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

1