# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2021

November 8, 2021

**Via ECF**

Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: November 9, 2021

**Re: Cruz v. Brooklyn Terrace, LLC et al**
Case No. 21-CV-03842 (SDA)
Motion for Extension of Time

Dear Magistrate-Judge Aaron:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the November 8, 2021 deadline for Plaintiff to file a motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement language in light of *Cheeks*, etc. One prior request for an extension of this deadline was made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

1