```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Cruz,

                      Plaintiff,

-against-

Brooklyn Terrace, LLC and Josh Teller,

                      Defendants.

1:21-cv-03842 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       This case contains claims under the Fair Labor Standards Act. Following mediation, the parties reached a settlement in principle. Thereafter, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 19.) On November 22, 2021, the parties submitted their proposed Settlement Agreement. (ECF No. 22.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Thus, the settlement is preliminarily approved. Final approval must await submission of a fully executed Settlement Agreement.[1]

---

[1] Only Plaintiff signed the copy of the agreement submitted to the Court. (*See* ECF No. 22-1 at 10.) The parties also shall fix the typographical error in paragraph 6(a) of the agreement. (*See id.* at 4.) The parenthetical indicating the installment amount should be $2,681.66 instead of $2,861.66.

The parties shall submit the fully executed Settlement Agreement to the Court no later than December 7, 2021.

**SO ORDERED.**

DATED:    New York, New York
          November 23, 2021

_____
STEWART D. AARON
United States Magistrate Judge

2