UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria Cruz,

                Plaintiff,

-against-

Brooklyn Terrace, LLC and Josh Teller,

                Defendants.

1:21-cv-03842 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on November 23, 2021, the Court preliminarily approved the settlement in this action in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), pending submission of a fully executed Settlement Agreement (Order, ECF No. 24); and

WHEREAS, on November 24, 2021, the parties filed the fully executed Settlement Agreement. (*See* ECF No. 25).

NOW, THEREFORE, it is hereby Ordered that the settlement in this action is finally approved; provided, however, for the avoidance of doubt, that the monthly installments due under paragraph 6(a) shall be in the amount of $2,681.66.[1] Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the Settlement Agreement. The Court will retain jurisdiction to enforce the Settlement Agreement.

---

[1] My November 23, 2021 Order preliminarily approving the settlement directed the parties to fix the typographical error in the parenthetical setting forth the installment amount in paragraph 6(a) (*i.e.*, stating $2,861.66 instead of $2,681.66) (*see* 11/23/2021 Order at 1 n.1), but the parties failed to make the correction.

The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

DATED:     New York, New York
           November 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge